NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1496

TWO OIL SERVICES

VERSUS

TIDELAND SERVICES, LLC and BAYLAND INDUSTRIES, LLC

************

APPEAL FROM THE
THIRTY EIGHTH JUDICIAL DISTRICT COURT,
PARISH OF CAMERON, NO. 10-15925 CONSOLIDATED WITH 10-15903
HONORABLE H. WARD FONTENOT, DISTRICT JUDGE

************

OSWALD A. DECUIR
JUDGE

************

Court composed of Oswald A. Decuir, Michael G. Sullivan, and Billy H. Ezell, Judges.

**MOTION TO DISMISS DENIED.**

J.B. Jones III
Jones Law Firm
P.O. Box 1550
Cameron, LA 70631
(337) 775-5714
COUNSEL FOR PLAINTIFF/APPELLANT:
    Two Oil Services LLC

Lawrence Plunkett
Reich Meeks & Treadaway LLC

Two Lakeway Suite 1000, 3850 North Causeway Boulevard
Metairie, LA 70002
(504) 830-3999
COUNSEL FOR DEFENDANT/APPELLEE:
	Bayland Industries

Matthew Ungarino
Ungarino & Eckert LLC
Suite 1280 Lakeway Two, 3950 North Causeway Boulevard
Metairie, LA 70002
(504) 836-7565
 COUNSEL FOR DEFENDANT/APPELLEE:
	Tideland Services LLC